BARBARA J. PHILIP et al., Respondents, v. PROYDRA, INC., Appellant.—

Concur — Botein, P. J., Stevens, Steuer and Capozzoli and Rabin, JJ.

In the Matter of HELEN CRASS, Appellant, v. BUDD PUBLICATIONS, INC., et al., Respondents

Concur — Stevens, J. P., Eager, Steuer, Tilzer and McNally, JJ.

GERALDINE C. BINNINGER, Respondent, v. FEDERICO GRILLO, Appellant

Concur — Stevens, J. P., Eager, Steuer, Tilzer and McNally, JJ.